LEES-BRADNER CO. v. SPENCER ENGINEERING CO. (Circuit Court of Appeals, Sixth Circuit. November 28, 1922.) No. 3827. Appeal from the District Court of the United States for the Northern District of Ohio; John M. Killits, Judge. George B. Pitts, of Cleveland, Ohio, for appellant. Wilbur Owen, of Toledo, Ohio, for appellee.

PER CURIAM. Dismissed, pursuant to stipulation of counsel.

---

LEVINE v. PENNSYLVANIA R. CO. (Circuit Court of Appeals, Second Circuit. October 24, 1922.) No. 22. In Error to the District Court of the United States for the Southern District of New York. Action by Hannah Levine against the Pennsylvania Railroad Company. Judgment for defendant, and plaintiff brings error. Affirmed. Gould & Wilkie, of New York City (R. L. Von Bernuth and Charles G. Keutgen, both of New York City, of counsel), for plaintiff in error. Burlingham, Veeder, Masten & Fearey, of New York City (Morton L. Fearey and H. H. Breland, both of New York City, of counsel), for defendant in error. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. The judgment in this case is affirmed, in accordance with the former opinion of this court in 263 Fed. 557.

---

In re LILLIES OF THE FIELD, Inc. (Circuit Court of Appeals, Second Circuit. November 22, 1922.) No. 90. Appeal from the District Court of the United States for the Southern District of New York. Involuntary proceedings to have Lillies of the Field, Inc., adjudged a bankrupt. From an order approving the accounts of Kenneth M. Spence and another, as receivers, and fixing their allowances and that of their attorneys, the alleged bankrupt appeals. Appeal dismissed. Charles E. Francis, of New York City (Arthur F. Driscoll and Joseph Walker Magrauth, both of New York City, of counsel), for appellant. Max Rockmore, of New York City (David Haar, of New York City, of counsel), for appellee. Before ROGERS, HOUGH, and MAYER, Circuit Judges.

PER CURIAM. Appeal dismissed in open court.

---

MARTIN et al. v. UNITED STATES. (Circuit Court of Appeals, Fourth Circuit. May 16, 1922.) No. 1968. In Error to the District Court of the United States for the Western District of South Carolina, at Greenville. H. C. Miller, of Anderson, S. C., for plaintiffs in error. Ernest F. Cochran, U. S. Atty., of Greenville, S. C.

PER CURIAM. Writ of error dismissed, under rules 23 and 24 (233 Fed. xiv, xv, 146 C. C. A. xiv, xv), on motion of defendant in error.

---

MITCHELL v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 3, 1922.) No. 5949. Appeal from the District Court of the United States for the Western District of Oklahoma. John Embry, of Oklahoma City, Okl., for appellant. W. A. Maurer, U. S. Atty., and J. W. Scothorn, Asst. U. S. Atty., all of Oklahoma City, Okl.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellee.